The Federal Bureau Of Prisons
For the Western Regional Counsel and Director



FILED
CLERK, U.S. DISTRICT COURT

MAR - 1 2021

CENTRAL DISTRICT OF CALIFORNIA
BY DCA                    DEPUTY

Fee Due

Brent Lofton
Claimant,

V.

2:21cv1922 - AB-AFMx

Tort Claim No. TRT - WXR-2020-02136
MONETARY CLAIM OR JURY DEMAND

United States of America,
        Defendant.

_____

FEDERAL TORT CLAIM ACT ( "FTCA")
PURSUANT TO 28 U.S.C. & 2401 (b) ; 28 U.S.C && 1346 (b) (1)
(2013) ; AND 28 U.S.C. &&& 2671-80 (2013)

1. Claimant re-allege and re-incorporate his affidavit / declaration as reference paragraphs 1
   through 19 as if fully restated herein. See Exhibit (A)

2. As set forth above in claimant's affidavit / declaration he suffered and continues to suffer
from FCI-Terminal Island CEO Warden F. Ponce, Associate Warden Mr. Soto, Health Service
Administrator Ackley, Nurse Ms. Lopez, and other medical staff (tortfeasor's) negligence,
wrongful act's or omission to issue him adequate medical care after the injuries to his ankle,
wrist, and shoulder.

3. Claimant has not received adequate medical care of treatment to either of his ankle, wrist or
shoulder after his July 19, 2019 injuries on the basketball court. See ( Lofton Aff/ Decl. At 1-2 ¶
A). Here at FCI-Terminal Island.

4. As set forth above, tortfeasors above in paragraph 2, have [not] attempted to issue claimant
medical care and treatment between the time of July 19, 2019 through the very day of
endorsing this ( "FTCA") claim on October 10, 2019. Thus, is a clear claim failure to treat
claimant's injuries,  negligence- delay of several months to issue claimant adequate medical
treatment for his ankle, wrist, and shoulder and medical malpractice. See ( Lofton Aff/Decl. At
2-18 & A).

5. Claimant continue to suffer severe pain and suffering due to medical staff and
administrator's here at FCI-Terminal Island refusal and delay to issue him medical treatment for
his injuries.

6. Claimant's pain cause him to suffer at night from the severe pain, discomfort and lack of
sleep.

7. Tortfeasor's CEO warden F. Ponce, Associate Warden Soto and HSA Ackley and the Defendant ( United States) owed a duty to claimant and had and continue to breach this duty and he seek immediate medical care and treatment and monetary sum for the continuing untreated injuries that I continue to suffer from here at FCI-Terminal Island.

## COUNT ONE
### FTCA
### CALIFORNIA-NEGLIGENCE-MEDICAL MALPRACTICE

8. Claimant re-allege and re-incorporate the above paragraphs herein.
9. Claimant asserts a monetary claim under FTCA against the United States for negligence of its employees, tortfeasor's and agents, while they worked in their employment scopes.
10. The negligence of these tortfeasor's was not discretionary, and was within the scope of defined and specified-program duties. These tortfeasor's had specific duties and instructions on how to act in each specific instance.
11. Defendant and tortfeasor's owed a duty to claimant to issue him proper and adequate medical care and treatment.
12. Defendant's employee's had and continue to have had adequate and full notice of future pending danger because of the alleged injuries.
13. Claimant suffers from substantial and permanent harms and injuries- because of the refusal and delay of medical treatment.
14. Defendant are the proximate, legal, actual and factual cause of these continuing injuries.

## COUNT TWO
### FTCA
### GENERAL NEGLIGENCE-TOWARD BOP PROGRAM STATEMENT

15. Claimant re-allege and re-incorporate the above paragraphs herein.
16. As set forth above, this instance, conduct, heart-set and mind-set of Defendant and their employees are similar to count one (see above). On the same basis, legal theory and elements, defendant are liable for their actions or inactions of their employees and claimant is suing for monetary damages.

## COUNT THREE
### FTCA
### NEGLIGENCE, WRONGFUL ACT'S, OMISSION AND DELAY OF MEDICAL CARE

17. Claimant re-allege and re-incorporate the above paragraph herein.
18. As set forth above, this instance, conduct, heart-set and mind-set of Defendant and their employees are similar to counts one and two ( see above). On the same basis, legal theory and elements, defendant are liable for their actions or inactions of their employee and claimant is suing for monetary damages.
19. The negligence, wrongful act's, omission and delay of medical cate and treatment was not and continue to not be discretionary and was within the scope of defined and specified-program duties. These officials (tortfeasor's) had and continue to have specific duties and instructions on how to act in each specific instance.
20.  Defendant owed a duty to claimant and grossly breached this duty.
21. Claimant suffer(s) and continue to suffer several [months] later with an injuries ankle, wrist and shoulder with sever pain in all, more so, that pains in my ankle (leg) pains have become excruciatingly painful in the last (30-days). Because of the delay and refusal of medical care and treatment.

22. Claimant suffered and continue suffer physical and emotional anguish by the defendant breached duty to help the claimant.

23. Defendant are the proximate, legal, actual and factual cause of these above injuries.

## DEMAND FOR MEDICAL TREATMENT AND COMPENSATORY DAMAGES

24. Claimant respectfully wish that this agency, to order immediate medical care and treatment of his leg, ankle, wrist and shoulder.

25. Claimant seek and assert a monetary claim under the FTCA against the United States for $250.000.00 for the injuries alleged above and delay of medical care and treatment.

26. Actual Damages: $250,000 ( USD $ ) without the filing of a civil suit.

27. Actual Damages: $ For Attorney Fee's of forced to have to file an civil suit.

28. Actual Damages: For an Medical Expert if forced to hire one for this FTCA claim.

## AFFIDAVIT AND VERIFICATION

I, the undersigned, federal inmate Brent Lofton Reg: # 75759-112, verify and certify that the actual assertions in this "FTCA" claim are true, accurate and precise to the best of my memory and knowledge just as all statements and facts in his attached affidavit / declaration.

Further  Affiant  Sayeth  Not.                    Respectfully Submitted.

_____

Brent Lofton
Reg: # 75759-112
FCI-Terminal Island
P.O. Box 3007
San Pedro, Ca 90733

Exhibit
"A"

Brent Lofton
Fed. Reg: # 75759-112
FCI-Terminal Island
P.O. Box 3007
San Pedro, Ca 90733


FEDERAL BUREAU OF PRISONS
FOR THE WESTERN REGIONAL OFFICE


STATE OF CALIFORNIA    )
                           ) SS.
COUNTY OF LOS ANGELES )

AFFIDAVIT / DECLARATION OF
Brent Lofton
_____
Reg: # 75759-112


I, Brent Lofton, being competent to testify and having first hand knowledge of the facts stated below, declare that the following facts and statements are true and correct of my own personal knowledge and to the best of my information and belief:

1. On July 19, 2019 While I was playing basketball at FCI Terminal Island Recreational yard, I feel and another federal prisoner landed on both of my ankle and shoulder. Immediately I felt and heard a popping sound in my ankle, but also my wrist for attempting to soften my fall. See Video Tape Surveillance at approximately 1:00 pm through 2:30 pm as direct evidence.

2. As set forth above, I testify that the same day, medical staff was brought aware of the injury and a medical cart was in route. The medical staff John Doe and other's escorted me to the medical department, they cut my socks off and wrapped my ankle and informed me to elevate it. While at the same time ignoring my injured shoulder and wrist.

3. July 20, 2019 the next day, why I was laying in bed the whole day. Nurse Ms. Lopez and Jane Doe issue me an ice pack for the swelling around my ankle, I then informed Ms. Lopez that I could not feel it through the bandages and she informed me that she would return and she never did, even after I informed her and other medical staff of my inured shoulder and wrist, I was ignored.

4. As set forth, I forced to remain in severe pain with no medical care or treatment for either of my injured ankle, wrist and shoulder. I was unable to sleep because of the ongoing chronic pains in my ankle, wrist and shoulder.

5. On July 21, 2019 the next day, I laid in bed in pain and was still ignored medical care or treatment.

6. On July 22, 2019, I still did not receive any care or treatment for my pain and suffering of my ankle, wrist and shoulder by all medical staff that I came in contact with here at FCI-Terminal Island.

7. On July 23, 2019 medical staff John Doe escorted me to X-ray of my ankle only. Medical staff then informed me that nothing was broken, and I personally informed medical staff (Doctor John Doe) that it felt like it was my achilles that was injured. Dr John Doe then asked me if I could move my toes, and I informed him that I could not, and he said ( "ok") and walked away totally ignoring my complaints of me not being able to move my toes, and still ignoring my severe pain in my wrist and shoulder.

8. As set forth above, I request a wheelchair because I could not put pressure on my ankle or was able to walk. To place injury on top of injury, I was 1) my complaints oft being able to walk or place pressure on my ankle was ignored; 2) I was refused a wheelchair; and 3) I was

forced to climb up and down from a 6' foot high bunk, in which caused additional pain and suffering on my ankle, shoulder and wrist.

9.  As set forth above, I was forced to endure severe pain just trying to get out of bed. I could not sleep because of the pain, I was reluctant to climb out of bed to use the restroom because of the severe pain of climbing out of the bunk bed. I repeatedly requested a bottom bunk bed and was ignored by both medical staff and prison officials although he inured my ankle, shoulder and wrist ( all the body part's needed to climb up and down out of a 6'foot high bunk bed.

10.  On August 12, 2019, I sought medical treatment for my pain and suffering to sick call after going on over ( 2 ) weeks wit [no] treatment. I was not even given a superficial examination for my pain and suffering, I was just informed to watch the call-out.

11.  On August 19, 2019 ( seven days later ) I reported back to sick call and was seen by medical staff bart and he informed me that I would be on the call-out for Friday August 23, 2019. I was once again ignore of my pain and suffering by medical staff.

12.  I watch the call-out for August 23, 2019, but I was not on the call-out for August 23, 2019.

13.  On August 27, 2019 after watching the call-out for four days, I returned to sick-call for the pains in my ankle, shoulder and wrist...and once again medical staff ignored my complaints of pain and suffering, because once again, I was informed to watch the call-out.

14.  As set forth above, the same day on August 27, 2019 flustered and in severe pain, I approached Associate Warden J. Soto and he informed me that he would email medical staff for me. It is to my belief and information that my complaint was once again ignored, and I was forced to remain in pain.

15.  On September 11, 2019 ( two weeks ) after informing Associate Warden J. Soto of my pain and suffering of ankle, shoulder, and wrist...I then approached Unit Manager Ms. Watkins whom was standing with Associate Warden J. Soto complaining of my pain and suffering. Both Ms. Watkins and Warden J. Soto told me to go to the medical department to see a doctor , whom informed me that he made me an appointment to see an orthopedic doctor for September 13, 2019.

16.  September 13, 2019 came around and I was not called for treatment or care of my ongoing pain and suffering by no medical staff for a call-out and or to see an orthopedic.

17.  As set forth in paragraphs 1 through 16, I testify that my ankle is swollen still to this very day of the signing of this affidavit/ declaration, I testify that I remain in severe pain in both my ankle, wrist , and shoulder. I also testify that to my belief and information the delay of medical care and treatment have not only caused severe pain for over two months and counting. But I have not been seen or treatment for my pain and suffering.

18.  I was informed that I was approved to see an orthopedic surgeon, but have yet to have seen one as of the 16th day of September, 2019. I remain in severe pain without treatment for 56-days and counting with no medical care or treatment for either of my injured ankle, shoulder, and wrist... I have not even been seen and or x-rayed for either of my shoulder and wrist, and only an superficial examination for my ankle in which pains me the worst of the three.

19.  I testify that I have read the above paragraphs 1 through 18 of the affidavit/ declaration and I testify that the statement are true and correct to the best of my knowledge, information, and belief; I understand any false statements of material facts could subject me to penalties of perjury under Title 28 U.S. Code, Sec. 176

EXECUTED: this 16th day of September, 2019            Respectfully submitted,

C.C. File                                            _____
                                                     Brent Lofton
                                                     Fed. Reg: #14113-112
                                                     FCI-Terminal Island
                                                     P.O Box 3007
                                                     San Pedro, CA 90733



## Congress Orthopaedic Associates, Inc

☒ **800 S. Raymond Ave. 2nd Floor**
**Pasadena, CA 91105**
Phone (626) 795-8051  Fax (626) 795-0356

☐ **800 S. Raymond Ave. 3ʳᵈ Floor**
**Pasadena, CA 91105**
Phone (626) 396-1262  Fax (626) 396-1269

Michael J. Fraipont, M.D.

## DOCTOR'S CERTIFICATE FOR WORK

9/14/2020

Brent Lofton has been under my care and is able to return to
work on/in 9/15/2020

**RESTRICTIONS:** Patient has R achilles weakness, due to an old injury that was not
surgically repaired. He is able to workout with restrictions, but allow my patient to work as
tolerated.

**PHYSICIAN SIGNATURE:**

Michael J. Fraipont, M.D.



# *Congress Orthopaedic Associates - Pasadena*

800 S. Raymond Ave.
Pasadena, CA 91105
Phone: (626) 795-8051
Fax: (626) 795-0356

**Brent Lofton**          **Patient #:** 2000023410          **DOB:** 05/17/1985 (35 years)

**Documented:** 09/14/2020 01:21 PM          **Appointment:** 09/14/2020 01:15 PM

---

## History of Present Illness
Patient words: PT states he injured his achilles last July playing basketball.  He is now here for treatment.

The patient is a 35 year old male who presents with ankle pain. Patient is a 35-year-old gentleman who comes in today with a complicated history of feeling his Achilles rupture will performing a layup and basketball July 2019.  At the time he was incarcerated and was treated nonoperatively and without immobilization.  He currently complains of pain to his and Achilles area with activities as well as weakness in attempting those activities.  He has more recently obtained an MRI.

MRI of his right Achilles demonstrates evidence for prior rupture and's guarded healing.

## Review of Systems
**Respiratory** Not Present- Cough and Dyspnea.
**Cardiovascular** Not Present- Chest Pain, Difficulty Breathing On Exertion, Hypertension and Leg Cramps.

## Physical Exam
The physical exam findings are as follows:

### Musculoskeletal

*Right Achilles exam:*
*Patient has tenderness in his Achilles throughout its course there is asymmetric calf musculature noted. Patient is not able to maintain a single leg heel rise.*

## Assessment & Plan
**Contracture of right Achilles tendon (M67.01)**
**Today's Impression:** Diagnosis:
1 year status post right Achilles tendon rupture and healed contracture.

Plan:
Patient I discussed probable surgical intervention. However due to the complexity of this case I will be providing him with a referral to my foot and ankle partner specialist Tom Harris.

Questionnaires:          → *fword over*
                          − *Simon Med?*

---

Brent Lofton                    Patient #: 2000023410          DOB: 05/17/1985 (35 years)



**SimonMed**
See Tomorrow Today

Address-155 N San Vicente Blvd, Beverly Hills, CA 90211

## FINAL

SimonMed Southern CA San Vicente
DIAGNOSTIC IMAGING REPORT

Patient: LOFTON, BRENT    Sex: M   DOB: May 17, 1985    Age: 35   Diag. Imaging #4628181
Status: Outpatient
Referring Physician: Brian Gamble MD

Exam # 29709607 - Aug 11, 2020 - MRI 3T - ANKLE JOINT W/O CONTRAST - Right

INDICATION: Strain of the Achilles right ankle, playing basketball August 2019

COMPARISON: None.

TECHNIQUE: Multiplanar MR imaging of the right ankle is obtained without contrast, and with multiple pulse sequences.

FINDINGS:

Tendons:
Achilles tendon: There is marked thickening of the Achilles tendon at the level of the critical zone measuring approximately 1.35 cm in anteroposterior dimension and 1.67 cm in mediolateral dimension (series 3) 1 image 9, series 701 image 19). Approximately 7.5 cm proximal to the distal insertion is an area of intrasubstance hyperintense signal along the posterior fibers measuring approximately 2.3 x 0.9 cm in craniocaudal and mediolateral dimension concerning for partial thickness interstitial delamination tear (series 301 image 10, series 701 image 9). No evidence of enthesopathy, retrocalcaneal bursitis, or insertional tear.

Peroneus brevis and longus tendons: Intact

Posterior tibialis, flexor digitorum longus, and flexor hallucis longus tendons: Intact

Dorsal extensor tendons: Intact

Ligaments:
Deltoid and Spring ligaments: Intact

Syndesmosis and anterior and posterior tibiofibular ligaments: Fluid along the syndesmotic space extending approximately 1.4 cm proximal from the joint line likely sequela of ankle sprain. The anterior and posterior tibiofibular ligaments are intact.

ATFL, PTFL and calcaneofibular ligaments: Complete tear of the ATFL. The calcaneofibular ligament and posterior talofibular ligaments are intact.

Plantar fascia: Intact

Sinus Tarsi: Intact

Joints/Cartilage: No focal full-thickness cartilage defect along the talar dome. Small joint effusion along the tibiotalar joint extending posteriorly as well as joint fluid along the midfoot.

Neurovascular structures: Within normal limits.

Bones and Marrow: Marrow signal is normal with no evidence of infiltrative process or fracture.

IMPRESSION:

1. Marked thickening of the Achilles tendon at the cortical zone consistent with tendinosis with partial-thickness interstitial delamination tear along the posterior fibers approximately 7.5 cm proximal from the distal insertion measuring 2.3 x 0.9 cm.

2. Likely sequela of ankle sprain with fluid along the syndesmotic space and complete tear of the ATFL with joint fluid along the tibiotalar joint, subtalar joint and midfoot.

dd: Aug 12, 2020
----------------------------------------
Reported by: MD, Alex Munoz
Electronically signed by: MD, Alex Munoz

Thank you for your kind referral. If you require further assistance, please contact our Radiologist Hotline at 480-551-0264.

NOTICE: This information has been disclosed to you from records protected by Federal and State confidentiality rules (42CFR Part 2 and/or ARS 36-3661). The rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by statute.

# NON-RX

GEO GROUP, INC - LOS ANGELES, CA
9411 S. CENTRAL AVE
LOS ANGELES , CA 90002

## RESIDENT AND PAYER INFORMATION

**NAME:** LOFTON, BRENT      **RESIDENT #:** 75759-112      **DOB:** 5/17/1985

**GENDER:** Male      **FACILITY:** GEO GROUP, INC - LOS ANGELES, CA

**RESPONSIBLE PARTY:**      **CLAIMS ADDRESS:**      **CLAIMS CONTACT INFORMATION:**
NaphCare      2090 Columbiana Road, Suite 4000      Fax: (205) 545-9470
EDI Payer ID: 58182      Birmingham, AL 35216      E-mail: claimsdepartment@naphcare.com
                                                      Website: providerportal.naphcare.com

**AUTHORIZATION CODE (R3M):** 198483 (use this number to file claim)      **TRANSPORTATION TYPE:** None

## APPOINTMENT DETAILS

**PROVIDER:** GOOD NEIGHBOR CLINIC      **ADDRESS:** 4300 CRESHAW BLVD | LOS ANGELES, CA 90008 | 3232981668 | FAX:

**SERVICE DATES:** 7/24/2020 - 7/24/2020      **ELIGIBILITY DATES:** 5/20/2020 - 10/16/2020

**DETAILS:** BRING NAPHCARE FORM, PHOTO ID, AND MEDICATIONS WEAR MASK

**SCENARIO:** CONSULT-INTERNAL MEDICINE      **APPOINTMENT TIME:** 12:30 PM      **URGENCY:** 14 days

**SPECIAL INSTRUCTIONS:** Precert Reason: Mr. Lofton experienced an Achilles injury while in prison that he would like to get looked at (in addition to a general work-up). Medical Problems: Mr. Lofton has/ had ruptured Achilles tendon Outside of that, he has no other physical concerns. Comments: Precert APPROVED by James, Cynthia of RHS Group

**PRE-PROCEDURE/PRE-OP REQUIREMENTS:** If you have any questions, please call the doctor's office.

## APPOINTMENT RESULTS/FINDINGS

**FINDINGS:** Suspected Rt achilles tenden injury

**RECOMMENDATIONS/STAT ORDERS:** -MRI of Right foreleg s contrast
-RTC 2wks

**MEDICATION CHANGES:** N

**PROVIDER'S SIGNATURE:** [signature]      **DATE:** 7.24.20

**For follow-up appointment, contact NaphCare via e-mail at rrc.referrals@naphcare.com.**

**TechCare Online**

# NON-RX

> GEO GROUP, INC - LOS ANGELES, CA
> 9411 S. CENTRAL AVE
> LOS ANGELES , CA 90002

## RESIDENT AND PAYER INFORMATION

**NAME:** LOFTON, BRENT

**RESIDENT #:** 75759-112

**DOB:** 5/17/1985

**GENDER:** Male

**FACILITY:** GEO GROUP, INC - LOS ANGELES, CA

**RESPONSIBLE PARTY:**
NaphCare
EDI Payer ID: 58182

**CLAIMS ADDRESS:**
2090 Columbiana Road, Suite 4000
Birmingham, AL 35216

**CLAIMS CONTACT INFORMATION:**
Fax: (205) 545-9470
E-mail: claimsdepartment@naphcare.com
Website: providerportal.naphcare.com

**AUTHORIZATION CODE (R3M):** 208360 (use this number to file claim)

**TRANSPORTATION TYPE:** None

## APPOINTMENT DETAILS

**PROVIDER:** GOOD NEIGHBOR CLINIC

**ADDRESS:** 4300 CRESHAW BLVD | LOS ANGELES, CA 90008 | 3232981668 | FAX:

**SERVICE DATES:** 8/24/2020 - 10/15/2020

**ELIGIBILITY DATES:** 5/20/2020 - 10/16/2020

**DETAILS:** CALL TO SCHEDULE BRING NAPHCARE FORM AND PHOTO ID

**SCENARIO:** CONSULT-INTERNAL MEDICINE

**APPOINTMENT TIME:**

**URGENCY:** 14 days

**SPECIAL INSTRUCTIONS:** Precert Reason: Mr. Lofton had an appointment to have a (potential) achilles injury looked at. He was referred to have an MRI performed. He would like to return to have said MRI results read to him. Medical Problems: Mr. Lofton is currently dealing with a ruptured achilles. Comments: Precert APPROVED by James, Cynthia of RHS Group

**PRE-PROCEDURE/PRE-OP REQUIREMENTS:** If you have any questions, please call the doctor's office.

## APPOINTMENT RESULTS/FINDINGS

**FINDINGS:** ATFL TEAR - RIGHT ANKLE
DELAMINATING TEAR ACHILLES TENDON

**RECOMMENDATIONS/STAT ORDERS:** REFER TO ORTHOPEDICS

**MEDICATION CHANGES:** IBUPROFEN (800) 56     REC NON WEIGHT-BEARING

**PROVIDER'S SIGNATURE:**          **DATE:** 8-25 70

**For follow-up appointment, contact NaphCare via e-mail at rrc.referrals@naphcare.com.**

# FCI TERMINAL ISLAND: Inmate Sick Call Sign-Up Sheet
### (Formulario y registro para Atencion Medica de Confinados)

## INSTRUCTIONS:
### YOU must fill out this form completely: ALL numbers 1 – 11.
### (Debe de llanar este formulario completamente, todos numeros 1-11.)

Sick call sign up on: **Mondays, Tuesdays, Thursdays, and Fridays ONLY** at 6:30-7:00AM.
(Apuntarse por Atención Médica es lunes, martes, jueves, y viernes solamente 6:30-7:00.)

**1. Name:** Brent Lofton _____   **2. Reg. Number:** 75759-112 _____
(Nombre)                                 (Numero de Registro)

**3. Date:** Aug 5, 2019 _____   **4. Housing Unit:** J   **5. Work:** _____ (Fecha)
(Unidad)                          (Trabajo)

**6. Complaint:** Ankle, Hand and shoulder _____
(Queja. ¿Cual es su problema?)

**7. How long have you had this problem?**
**(¿Durante cuante tiempo ha tenido Este problema?)**

**Days:** _____ **Months:** 1 **Years:** _____   **8.*Do you need refills? Yes:** ☐ **No:** ☒
(Dias)       (Meses)       (Anos)

**9. Are you on any medication(s) at present? Yes:** ☒ **No:** ☒
(¿Esta usted tomando alguna(s) medicinas actualmente?)

**10. Have you bought Over-the-Counter medication from the Commissary? Yes:** ☐ **No:** ☒
(¿Ha comprador medicinas non-prescipcion en la tienda?)

**Inmate Signature:** _____   **Date/Time** Aug 5, 2019 _____
(Firma)

### *Reminder (Recordatorio)*
Over-the-counter medications (OTCs) such as: anti-fungal creams, ibuprofen, acetaminophen, allergy medications, etc...are available
for purchase from the Commissary. ***OTCs WILL NOT be prescribed***
(Es posible para comprar medicinas de la comisaria. Medicinas Como crema antihongo, ibuprofen, acetaminophen, medicamento para
la alergia etc... No va a prescriber estas medicinas de la farmacia.)

### A Pharmacist is available to discuss medication(s): Monday-Friday at 2:30PM
### **Do not make a sick call appointment for this. Go to the Pharmacy Window at the allotted time.**
(Si tiene preguntas acerca de las medicinas, puede hablar con la a las 2:30 pm lunes-viernes. No hace una "sick call" para esta problema.)

| Dental Triage   YES or NO | Dental Appointment Date/Time: |
|---|---|
| **Extraction Requested? Yes or No** | **Location of Problem: Upper/Lower  Right / Left/ Front** |

---

| HSU Triage | Appointment date / time: |
|---|---|

| BP | Pulse | Respirations | Temperature | SpO₂ | BGL |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Provider signature_____   Date:_____   Time:_____

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #: 75759-112                    Inmate Name:  LOFTON, BRENT JEFFREY

### Housing Status
___ confined to the living quarters except ___meals  ___pill line  ___treatments     Exp. Date: _____

___ on complete bed rest: _____bathroom privileges only     Exp. Date: _____

X cell: ___cell on first floor ___single cell  X lower bunk  ___airborne infection isolation     Exp. Date: 08/30/2019

___ other: _____     Exp. Date: _____

### Physical Limitation/Restriction
X  all sports     Exp. Date: 08/30/2019

___ weightlifting: ___upper body  ___lower body     Exp. Date: _____

___ cardiovascular exercise: ___running  ___jogging  ___walking  ___softball     Exp. Date: _____
_____ ___football  ___basketball  ___handball  ___stationary equipment

___ other: _____     Exp. Date: _____

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Crutches | 07/23/2019 | 08/23/2019 | |

### Work Restriction / Limitation:
Cleared for Food Service:  Yes _____

Restriction _____     Expiration Date
Medical Idle                                08/30/2019

**Comments:**  N/A

Nufable, M. RN                              07/23/2019
Health Services Staff                        Date

Inmate Name: ____LOFTON, BRENT JEFFREY____  Reg #: __75759-112__  Quarters: __J02__

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
## Health Services
### Medical Duty Status

| Reg #: 75759-112 | Inmate Name: LOFTON, BRENT JEFFREY |
|---|---|

**Housing Status**

___ confined to the living quarters except ___meals ___pill line ___treatments   Exp. Date: _____

___ on complete bed rest: ___bathroom privileges only   Exp. Date: _____

X cell: ___cell on first floor ___single cell X lower bunk ___airborne infection isolation   Exp. Date: 03/16/2020

___ other: _____   Exp. Date: _____

**Physical Limitation/Restriction**

___ all sports   Exp. Date: _____

___ weightlifting: ___upper body ___lower body   Exp. Date: _____

___ cardiovascular exercise: ___running ___jogging ___walking ___softball   Exp. Date: _____
___football ___basketball ___handball ___stationary equipment

___ other: _____   Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Walker | 01/28/2020 | 04/30/2020 | |
| Knee walker | | | |

**Work Restriction / Limitation:**

Cleared for Food Service: No

| Restriction | Expiration Date |
|---|---|
| Medical Convalescence | 02/21/2020 |

Michael Rinaldi, CDR, USPHS
Physical Therapist
FCI Terminal Island
DOJ Bureau of Prisons

**Comments:** N/A

| Rinaldi, Michael PT | 01/28/2020 |
|---|---|
| Health Services Staff | Date |

Inmate Name: **LOFTON, BRENT JEFFREY**   Reg #: **75759-112**   Quarters: **G03**

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
## Health Services
### Medical Duty Status

| Reg #: 75759-112 | Inmate Name: LOFTON, BRENT JEFFREY |

**Housing Status**

__ confined to the living quarters except __meals __pill line __treatments    Exp. Date: _____

__ on complete bed rest: ____ bathroom privileges only    Exp. Date: _____

X cell: __cell on first floor __single cell  X lower bunk __airborne infection isolation  Exp. Date: 03/16/2020

__ other: _____    Exp. Date: _____

**Physical Limitation/Restriction**

__ all sports    Exp. Date: _____

__ weightlifting: __upper body __lower body    Exp. Date: _____

__ cardiovascular exercise: __running __jogging __walking __softball    Exp. Date: _____
        __football __basketball __handball __stationary equipment

__ other: _____    Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Walker | 01/28/2020 | 04/30/2020 | |
| Knee walker | | | |

**Work Restriction / Limitation:**

Cleared for Food Service:  No

| Restriction | Expiration Date |
|---|---|
| Medical Convalescence | 02/21/2020 |

Comments:  N/A

_____    Michael Rinaldi, CDR, USPHS
             Rinaldi, Michael PT    Physical Therapist
Health Services Staff    FCI Terminal Island    **01/28/2020**
                         DOJ Bureau of Prisons    Date

| Inmate Name: **LOFTON, BRENT JEFFREY** | Reg #: **75759-112** | Quarters: **G03** |

*ALL EXPIRATION DATES ARE AT 24:00*

**Bureau of Prisons**
**Health Services**
**Medical Duty Status**

Reg #: 75759-112      Inmate Name:   LOFTON, BRENT JEFFREY

**Housing Status**

___ confined to the living quarters except ___ meals ___ pill line ___ treatments    Exp. Date: _____

___ on complete bed rest: ___ bathroom privileges only    Exp. Date: _____

_X_ cell: ___ cell on first floor ___ single cell _X_ lower bunk ___ airborne infection isolation    Exp. Date: 03/16/2020

_X_ other: Soft shoes (medical reasons)    Exp. Date: 12/31/2019

**Physical Limitation/Restriction**

___ all sports    Exp. Date: _____

___ weightlifting: ___ upper body ___ lower body    Exp. Date: _____

___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball    Exp. Date: _____

     ___ football ___ basketball ___ handball ___ stationary equipment

___ other: _____    Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Crutches | 07/23/2019 | 08/23/2019 | |

**Work Restriction / Limitation:**

Cleared for Food Service: No _____

Restriction:      Expiration Date 02/21/2020
Medical Convalescence

**Comments:** N/A

Morrison, V. FNP-BC      12/20/2019
Health Services Staff      Date

Inmate Name: __**LOFTON, BRENT JEFFREY**__   Reg #: __**75759-112**__   Quarters: __**G03**__

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
## Health Services
### Medical Duty Status

Reg #: 75759-112                 Inmate Name:   LOFTON, BRENT JEFFREY

## Housing Status

__ confined to the living quarters except  __meals  __pill line  __treatments      Exp. Date: _____

__ on complete bed rest:  __bathroom privileges only                              Exp. Date: _____

__ cell:  __cell on first floor  __single cell  __lower bunk  __airborne infection isolation  Exp. Date: _____

__ other: _____               Exp. Date: _____

## Physical Limitation/Restriction

X  all sports                                                                    Exp. Date:  08/30/2019

__ weightlifting:  __upper body  __lower body                                    Exp. Date: _____

__ cardiovascular exercise:  __running  __jogging  __walking  __softball         Exp. Date: _____
                     __football  __basketball  __handball  __stationary equipment

__ other: _____               Exp. Date: _____

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|-----------|-----------|----------|-------------|
| Crutches | 07/23/2019 | 08/23/2019 | |

## Work Restriction / Limitation:

Cleared for Food Service:  Yes

Restriction _____                          Expiration Date
Medical Idle                                                                     08/30/2019

Comments:  N/A

_____          07/23/2019
      Hosseini, Seyed MD
Health Services Staff                                          Date

Inmate Name: _____ **LOFTON, BRENT JEFFREY** _____   Reg #:  **75759-112**   Quarters:  **J02**

*ALL EXPIRATION DATES ARE AT 24:00*

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

**1. Submit To Appropriate Federal Agency:**
Federal Bureau of Prisons
Western Regional Office/ Counsel
7338 Shoreline Drive
Stockton, Ca 95219

**2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code)**
Brent Lofton
Fed. Reg:# 75759-112
FCI-Terminal Island
P.O. Box 3007
San Pedro, Ca 90733

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 05/17/85 | 5. MARITAL STATUS N/A | 6. DATE AND DAY OF ACCIDENT 7/19/19 through 10/10/2019 | 7. TIME (A.M. OR P.M.) Different times |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)
SEE ATTACHEMENT

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.
SEE ATTACHMENT

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Video Surveillance Tape on July 19, 2019 between the hours of 1:00pm through 2:30pm | In the possession of CEO Warden F. Ponce at FCI-Terminal Island P. Box 269, San Pedro, Ca 90733 |

**12. (See instructions on reverse.) AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| N/A | -Ankle, wrist, and shoulder | N/A | $250,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form N/A | 14. DATE OF SIGNATURE 2/3/2021 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109                    NSN 7540-00-634-4046                    STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

---

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

N/A

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes   ☐ No

N/A

17. If deductible, state amount.

N/A

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?  (It is necessary that you ascertain these facts.)

N/A

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

N/A

---

### INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

#### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

---

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute this form may render your claim "invalid".

---

### PAPERWORK REDUCTION ACT NOTICE

This notice is *solely* for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95   BACK



U.S. POSTAGE PAID
FCM LG ENV
CARSON, CA
FEB 25, 21
AMOUNT
$5.80
R2305K141980-32
1024    90012



RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 1 - 2021

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

255 East Temple Street Room 180
Los Angeles CA, 90012

2851 W 120th street E525
Hawthorne CA 90250



CERTIFIED MAIL

7020 1290 0002 0379 8019